160 P.2d 771]

[L. A. No. 19133. In Bank. July 10, 1945.]

THE PEOPLE, Appellant, v. ONE 1941 PACKARD TAXI SEDAN, Defendant; TANNER MOTOR LIVERY, INC. (a Corporation), Respondent.

[L. A. No. 19134. In Bank. July 10, 1945.]

THE PEOPLE, Appellant, v. ONE 1941 CHEVROLET TAXI SEDAN, Defendant; SAN DIEGO YELLOW CABS, INC. (a Corporation), Respondent.

[L. A. No. 19135. In Bank. July 10, 1945.]

THE PEOPLE, Appellant, v. ONE 1942 CHEVROLET SEDAN TAXI, Defendant; SAN DIEGO YELLOW CABS, INC. (a Corporation), Respondent.

Robert W. Kenny, Attorney General, and Bayard Rhone, Deputy Attorney General, for Appellant.

Clifford K. Fitzgerald for Respondents.

THE COURT.—The material facts and contentions of these cases are substantially the same as those involved and considered in the case of *People* v. *One 1937 Lincoln, L. A. 19132,* this day decided, *ante,* p. 736 [160 P.2d 769]. What we there said is determinative of these appeals.

The judgments dismissing the forfeiture proceedings and releasing the vehicles to the owners are affirmed.